

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2014

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

## O R D E R

On March 18, 2014, appellant filed a motion to stay the trial court proceedings in the underlying cause pending his appeal. By order dated April 16, 2014, this court carried appellant's motion with the appeal because the court could not determine if the court had jurisdiction over the appeal. The clerk's record, which was filed in this appeal on June 24, 2014, contains a final judgment signed by the trial court on May 8, 2014. Accordingly, it appears that this court now has jurisdiction to consider this appeal. Because the trial court has entered a final judgment and no further proceedings remain pending in the underlying cause, appellant's motion for stay is MOOT.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court